**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6236

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JAMIE LUBELL DIXON,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Cameron McGowan Currie, Senior District Judge.  (3:11-cr-00305-CMC-1)

Submitted:  June 22, 2023                                    Decided:  June 27, 2023

Before HARRIS and HEYTENS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jamie Lubell Dixon, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamie Lubell Dixon appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  Limiting our review of the record to the issues raised in Dixon's informal brief, we conclude that the district court did not abuse its discretion by denying Dixon's motion.  *See United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (stating standard of review); *see also* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order.  *United States v. Dixon*, No. 3:11-cr-00305-CMC-1 (D.S.C. Mar. 7, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*